Form 132 – 13sum

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                     Case No.: 19−33354−CMG
                     Chapter: 13
                     Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Michael Joseph D'Esposito Jr.            Kaliza B. D'Esposito
   161 Van Sant Ave.                            161 Van Sant Ave.
   Island Heights, NJ 08732                Island Heights, NJ 08732

Social Security No.:
   xxx−xx−5403                             xxx−xx−1017

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON CONFIRMATION OF PLAN**

Date:            2/19/20
Time:           10:00 AM
Location:      Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: December 30, 2019
JAN: gan

                                                    Jeanne Naughton
                                                    Clerk, U. S. Bankruptcy Court