Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−33354−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael Joseph D'Esposito Jr.                    Kaliza B. D'Esposito
   161 Van Sant Ave.                                161 Van Sant Ave.
   Island Heights, NJ 08732                         Island Heights, NJ 08732

Social Security No.:
   xxx−xx−5403                                      xxx−xx−1017

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:         2/19/20
Time:         10:00 AM
Location:     Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: December 30, 2019
JAN: gan

                                        Jeanne Naughton
                                        Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Michael Joseph D'Esposito, Jr.  
Kaliza B. D'Esposito  
    Debtors

Case No. 19-33354-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2      Date Rcvd: Dec 30, 2019  
                  Form ID: 132      Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2020.
```
db/jdb         +Michael Joseph D'Esposito, Jr.,   Kaliza B. D'Esposito,   161 Van Sant Ave.,
                 Island Heights, NJ 08732-7901
518622800      +Caine & Weiner,    Attn: Bankruptcy,    5805 Sepulveda Blvd,    Sherman Oaks, CA 91411-2546
518622802      +First PREMIER Bank,    Attn: Bankruptcy,    Po Box 5524,    Sioux Falls, SD 57117-5524
518622809      +Mariner Finance, LLC,    Attn: Bankruptcy,    8211 Town Center Drive,    Nottingham, MD 21236-5904
518622810       Nick Loungo,    9 Keats Ave.,    Toms River, NJ 08753
518622814      +Remex Inc,    Attn: Bankruptcy,    307 Wall St.,    Princeton, NJ 08540-1515
518622815      +Santander Consumer USA,    Attn: Bankruptcy,    10-64-38-Fd7    601 Penn St,
                 Reading, PA 19601-3544
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 30 2019 23:26:59     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 30 2019 23:26:57     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518622797      +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Dec 30 2019 23:26:33
                 AmeriCredit/GM Financial,    Attn: Bankruptcy,    Po Box 183853,    Arlington, TX 76096-3853
518622801      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 30 2019 23:29:26     Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518638360       E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Dec 30 2019 23:26:33     GM Financial,
                 Attn. Bankruptcy Dept.,    P.O. Box 183581,    Arlington, TX 76096-3581
518622804       E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 30 2019 23:27:09     Jefferson Capital Systems,
                 16 Mcleland Rd.,    Saint Cloud, MN 56303
518631291       E-mail/PDF: resurgentbknotifications@resurgent.com Dec 30 2019 23:41:15     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518622805      +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 30 2019 23:40:50
                 LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,
                 Greenville, SC 29603-0497
518622808       E-mail/Text: camanagement@mtb.com Dec 30 2019 23:26:37     M & T Bank,    Attn: Bankruptcy,
                 Po Box 844,    Buffalo, NY 14240
518622811      +E-mail/PDF: cbp@onemainfinancial.com Dec 30 2019 23:29:22     OneMain Financial,
                 Attn: Bankruptcy,    Po Box 3251,    Evansville, IN 47731-3251
518622812       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 31 2019 00:03:25
                 Portfolio Recovery,    Attn: Bankruptcy,    120 Corporate Blvd,    Norfolk, VA 23502
518622813      +E-mail/Text: Supportservices@receivablesperformance.com Dec 30 2019 23:27:30
                 Receivables Performance Mgmt,    Attn: Bankruptcy,    Po Box 1548,    Lynnwood, WA 98046-1548
                                                                                              TOTAL: 12
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518622799       Biancella Enterprise Inc.
518622798*     +AmeriCredit/GM Financial,    Attn: Bankruptcy,    Po Box 183853,    Arlington, TX 76096-3853
518622803*     +First PREMIER Bank,    Attn: Bankruptcy,    Po Box 5524,    Sioux Falls, SD 57117-5524
518622806*     +LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,    Greenville, SC 29603-0497
518622807*     +LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,    Greenville, SC 29603-0497
                                                                                 TOTALS: 1, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2020            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Dec 30, 2019
                              Form ID: 132             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2019 at the address(es) listed below:

```
              Albert   Russo    docs@russotrustee.com
              David A. Semanchik     on behalf of Joint Debtor Kaliza B. D'Esposito info@semanchiklaw.com
              David A. Semanchik     on behalf of Debtor Michael Joseph D'Esposito, Jr. info@semanchiklaw.com
              Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```