Form oresadoc – oresadocv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                             Case No.: 19−33354−CMG
                                             Chapter: 13
                                             Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael Joseph D'Esposito Jr.                               Kaliza B. D'Esposito
   161 Van Sant Ave.                                               161 Van Sant Ave.
   Island Heights, NJ 08732                             Island Heights, NJ 08732

Social Security No.:
   xxx−xx−5403                                                      xxx−xx−1017

Employer's Tax I.D. No.:

## ORDER RESPECTING
## AMENDMENT TO SCHEDULE D, E/F, G OR H
## OR LIST OF CREDITORS

    The Court having noted that the debtor filed an Amendment to Schedule on n/a or to the List of Creditors on 12/28/2019 , and for good cause shown, it is

    ORDERED that the debtor must provide notice of the Amendment to the creditor(s) or party(ies) being deleted, added or modified and to the trustee in the case, if any, not later than 7 days after the date of this Order.

    It is further ORDERED that the debtor(s) must serve on added creditors or parties, not later than 7 days after the date of this Order, the following:

    1.   A copy of the applicable Notice of Chapter 13 Bankruptcy Case, and

    2.   In a Chapter 11 case:

        a)   a copy of the last modified plan and disclosure statement, if any, and

        b)   a copy of any order approving the adequacy of the disclosure statement
        and/or the scheduling of the plan for confirmation.

    3.   In a Chapter 12 or Chapter 13 case:

        a)   a copy of the Notice of Hearing on Confirmation of Plan, if any, and

        b)   a copy of the last modified plan that has been filed in the case.

    It is further ORDERED that not later than 7 days after the date of this Order, the debtor(s) must file the Local Form, Certification of Service, certifying compliance with the above requirements.

    It is further ORDERED that the added creditors or parties have

    1.   until the original deadline, if any, fixed by the court to file a complaint to object to
    the debtor's discharge or dischargeability of certain debts, or sixty 60 days from the date of this Order,
    whichever is later;

    2.   until the original deadline, if any, fixed by the Court to file a proof of claim or required supplement,
    or sixty 60 days from the date of this Order, whichever is later;

3. until the original deadline fixed by the Court to object to exemptions, or thirty 30 days from the date of this Order, whichever is later.

Dated: December 30, 2019
JAN: gan

<u>Christine M. Gravelle</u>
United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:  
Michael Joseph D'Esposito, Jr.  
Kaliza B. D'Esposito  
    Debtors

Case No. 19-33354-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Dec 30, 2019  
                 Form ID: oresadoc    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2020.  
db/jdb       +Michael Joseph D'Esposito, Jr.,   Kaliza B. D'Esposito,   161 Van Sant Ave.,  
        Island Heights, NJ 08732-7901

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 30 2019 23:26:57    United States Trustee,  
        Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,  
        Newark, NJ 07102-5235  
                                                                                                                                              TOTAL: 1

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2020                                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2019 at the address(es) listed below:  
           Albert   Russo    docs@russotrustee.com  
           David A. Semanchik   on behalf of Joint Debtor Kaliza B. D'Esposito info@semanchiklaw.com  
           David A. Semanchik   on behalf of Debtor Michael Joseph D'Esposito, Jr. info@semanchiklaw.com  
           Denise E. Carlon   on behalf of Creditor   M&T BANK dcarlon@kmllawgroup.com,  
            bkgroup@kmllawgroup.com  
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                               TOTAL: 5