Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  19–33354–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michael Joseph D'Esposito Jr.          Kaliza B. D'Esposito
161 Van Sant Ave.                       161 Van Sant Ave.
Island Heights, NJ 08732                Island Heights, NJ 08732

Social Security No.:
xxx–xx–5403                             xxx–xx–1017

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

        NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case
as to the:
        Debtor and Joint Debtor was entered on February 20, 2020.

        Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding
fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from
the date of this Order.

        This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11
U.S.C. § 109(g).

Dated: February 20, 2020
JAN: dmi

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-33354-CMG
Michael Joseph D'Esposito, Jr.                                        Chapter 13
Kaliza B. D'Esposito
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2              Date Rcvd: Feb 20, 2020
                             Form ID: 148          Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 22, 2020.
```
db/jdb         +Michael Joseph D'Esposito, Jr.,    Kaliza B. D'Esposito,    161 Van Sant Ave.,
                Island Heights, NJ 08732-7901
cr             +ACAR Leasing LTD d/b/a GM Financial Leasing,    4000 Embarcadero Dr.,   Arlington, TX 76014-4101
518671249      +ACAR Leasing LTD,   d/b/a GM Financial Leasing,    PO Box 183853,   Arlington, TX 76096-3853
518622800      +Caine & Weiner,   Attn: Bankruptcy,   5805 Sepulveda Blvd,   Sherman Oaks, CA 91411-2546
518695982      +Mariner Finance, LLC,    8211 Town Center Drive,    Nottingham, MD 21236-5904
518622809      +Mariner Finance, LLC,    Attn: Bankruptcy,    8211 Town Center Drive,   Nottingham, MD 21236-5904
518622810       Nick Loungo,   9 Keats Ave.,   Toms River, NJ 08753
518622814      +Remex Inc,   Attn: Bankruptcy,    307 Wall St.,    Princeton, NJ 08540-1515
518622815      +Santander Consumer USA,    Attn: Bankruptcy,   10-64-38-Fd7   601 Penn St,
                Reading, PA 19601-3544

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 21 2020 01:48:21    U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 21 2020 01:48:17    United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
518622797      +EDI: PHINAMERI.COM Feb 21 2020 06:03:00     AmeriCredit/GM Financial,   Attn: Bankruptcy,
                Po Box 183853,   Arlington, TX 76096-3853
518622801      +EDI: CAPITALONE.COM Feb 21 2020 06:03:00     Capital One,   Attn: Bankruptcy,   Po Box 30285,
                Salt Lake City, UT 84130-0285
518622802      +EDI: AMINFOFP.COM Feb 21 2020 06:03:00     First PREMIER Bank,   Attn: Bankruptcy,
                Po Box 5524,   Sioux Falls, SD 57117-5524
518638360       EDI: PHINAMERI.COM Feb 21 2020 06:03:00     GM Financial,   Attn. Bankruptcy Dept.,
                P.O. Box 183581,   Arlington, TX 76096-3581
518622804       EDI: JEFFERSONCAP.COM Feb 21 2020 06:03:00     Jefferson Capital Systems,   16 Mcleland Rd.,
                Saint Cloud, MN 56303
518622804       E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 21 2020 01:48:39     Jefferson Capital Systems,
                16 Mcleland Rd.,   Saint Cloud, MN 56303
518706268       EDI: JEFFERSONCAP.COM Feb 21 2020 06:03:00     Jefferson Capital Systems LLC,   Po Box 7999,
                Saint Cloud Mn 56302-9617
518706268       E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 21 2020 01:48:39     Jefferson Capital Systems LLC,
                Po Box 7999,   Saint Cloud Mn 56302-9617
518631291       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 21 2020 02:05:42     LVNV Funding, LLC,
                Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
518622805      +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 21 2020 01:54:29
                LVNV Funding/Resurgent Capital,   Attn: Bankruptcy,   Po Box 10497,
                Greenville, SC 29603-0497
518622808       E-mail/Text: camanagement@mtb.com Feb 21 2020 01:47:58     M & T Bank,   Attn: Bankruptcy,
                Po Box 844,   Buffalo, NY 14240
518622811      +EDI: AGFINANCE.COM Feb 21 2020 06:03:00     OneMain Financial,   Attn: Bankruptcy,
                Po Box 3251,   Evansville, IN 47731-3251
518622812       EDI: PRA.COM Feb 21 2020 06:03:00     Portfolio Recovery,   Attn: Bankruptcy,
                120 Corporate Blvd,   Norfold, VA 23502
518710363       EDI: PRA.COM Feb 21 2020 06:03:00     Portfolio Recovery Associates, LLC,   PO Box 41067,
                Norfolk, VA 23541
518710364       EDI: PRA.COM Feb 21 2020 06:03:00     Portfolio Recovery Associates, LLC,   PO Box 41067,
                Norfolk, VA 23541,   Portfolio Recovery Associates, LLC,   PO Box 41067,   Norfolk, VA 23541
518666025       EDI: PRA.COM Feb 21 2020 06:03:00     Portfolio Recovery Associates, LLC,
                c/o Capital One Bank (usa), N.a.,   POB 41067,   Norfolk VA 23541
518700075      +EDI: JEFFERSONCAP.COM Feb 21 2020 06:03:00     Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
518700075      +E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 21 2020 01:48:39     Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
518622813      +E-mail/Text: Supportservices@receivablesperformance.com Feb 21 2020 01:49:07
                Receivables Performance Mgmt,   Attn: Bankruptcy,   Po Box 1548,   Lynnwood, WA 98046-1548
                                                                                            TOTAL: 21

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518622799       Biancella Enterprise Inc.
518622798*     +AmeriCredit/GM Financial,   Attn: Bankruptcy,   Po Box 183853,   Arlington, TX 76096-3853
518622803*     +First PREMIER Bank,   Attn: Bankruptcy,   Po Box 5524,   Sioux Falls, SD 57117-5524
518622806*     +LVNV Funding/Resurgent Capital,   Attn: Bankruptcy,   Po Box 10497,   Greenville, SC 29603-0497
518622807*     +LVNV Funding/Resurgent Capital,   Attn: Bankruptcy,   Po Box 10497,   Greenville, SC 29603-0497
                                                                             TOTALS: 1, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Feb 20, 2020
                              Form ID: 148             Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2020                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 20, 2020 at the address(es) listed below:
          Albert  Russo    docs@russotrustee.com
          David A. Semanchik    on behalf of Joint Debtor Kaliza B. D'Esposito info@semanchiklaw.com
          David A. Semanchik    on behalf of Debtor Michael Joseph D'Esposito, Jr. info@semanchiklaw.com
          Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          John R. Morton, Jr.    on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing
           ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                TOTAL: 6
```