Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  19–33354–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Michael Joseph D'Esposito Jr. | Kaliza B. D'Esposito |
| 161 Van Sant Ave. | 161 Van Sant Ave. |
| Island Heights, NJ 08732 | Island Heights, NJ 08732 |

Social Security No.:
   xxx–xx–5403                                xxx–xx–1017
Employer's Tax I.D. No.:

---

## FINAL DECREE

     The estate of the above named debtor(s) has been fully administered.

     If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

     ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>April 2, 2020</u>              <u>Christine M. Gravelle</u>
                               Judge, United States Bankruptcy Court